■ In the Matter of LANIQUE J. TAYLOR, Appellant, v LINDSEY L. GROFFENBERG et al., Respondents. [877 NYS2d 228]—Appeal from an order of the Family Court, Niagara County (John F. Batt, J.), entered April 18, 2008 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition for modification of a prior order of visitation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.